**Order entered April 3, 2013**



In The

# Court of Appeals
# Fifth District of Texas at Dallas

### No. 05-12-01370-CV

**VIEWPOINT BANK, Appellant**

**V.**

**ALLIED PROPERTY AND CASUALTY INSURANCE COMPANY, Appellee**

**On Appeal from the 416th Judicial District Court**
**Collin County, Texas**
**Trial Court Cause No. 416-03472-2012**

## ORDER

We **GRANT** appellee's March 29, 2013 unopposed second motion for an extension of time to file a brief. Appellee shall file its brief on or before Monday, May 6, 2013. We caution appellee that no further extension of time will be granted absent extraordinary circumstances.

/s/     CAROLYN WRIGHT
         CHIEF JUSTICE